```
1  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN 111043)
2  Email: lbutler@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Plaintiffs
   CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES
6  (BERMUDA) LTD. and CHIPMOS U.S.A., INC.
```

ORIGINAL FILED
AUG 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR
E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPMOS TECHNOLOGIES, INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. AND CHIPMOS U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC. <br><br> Defendant. | Case No. C08-03827 JCS <br><br> NOTICE OF RELATED CASES [LOCAL RULE 3.12] |

**TO ALL PARTIES, COUNSEL, AND THE CLERK OF THE COURT:**

Pursuant to Local Rule 3.12, PLEASE TAKE NOTICE that the concurrently filed action, *Chipmos Technologies, Inc., Chipmos Technologies (Bermuda) Ltd., and Chipmos U.S.A., Inc., v Tessera, Inc.*, appears to be, and is, related within the meaning of Local Rule 3.12 to the following actions:

1.  *Tessera v. Chipmos Technologies, Inc.* (United States District Court, Northern District of California, Oakland Division, Case Number C05-4063 CW);

2.  *Siliconware Precision Industries Co., Ltd et al, v. Tessera, Inc.* (United Stated District Court, Northern District of California, San Jose Division, Case Number 5:08-cv-03667-RS); and

3.  *Advanced Semiconductor Engineering, Inc., et al. v. Tessera, Inc.* (United States

1  District Court, Northern District of California, San Francisco Division, Case Number 3:08-cv-03726-EMC).

Both the concurrently filed new action and the above-identified actions concern substantially the same or similar parties (and counsel), property, transaction, events, and patent related claims. It appears likely that there will be an unduly burdensome duplication of labor and expense, or conflicting results, if the cases are conducted before different judges.

Accordingly, *Chipmos Technologies, Inc., Chipmos Technologies (Bermuda) Ltd., and Chipmos U.S.A., Inc., v Tessera, Inc.*, being filed concurrently herewith, may be, and is, related to those identified above, and should be assigned to the Hon. Claudia Wilken.

DATED: August 11, 2008

SEYFARTH SHAW LLP

By _____
Lawrence E. Butler
Attorneys for Plaintiffs
CHIPMOS TECHNOLOGIES INC.,
CHIPMOS TECHNOLOGIES (BERMUDA) LTD. AND CHIPMOS U.S.A., INC.

SF1 28331586.1

Notice of Related Cases