ADR

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Chipmos Technologies, Inc.
    Plaintiff(s),

v.

Tessera, Inc.
    Defendant(s).

No. C08-03827 JCS

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/12/08

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")