SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
Email: lbutler@seyfarth.com
Jonathan A. Braunstein (State Bar No. 227322)
jbraunstein@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiffs
CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES
(BERMUDA) LTD. and CHIPMOS U.S.A., INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPMOS TECHNOLOGIES, INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. AND CHIPMOS U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC. <br><br> Defendant. | Case No. C08-03827 JCS <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)** |

Per Civil Local Rule 3-16, plaintiff, through the undersigned, hereby certifies that the following listed persons, firms, partnerships corporation (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: No such interests are known other than those of the named parties to this action.

DATED: August 14, 2008                      SEYFARTH SHAW LLP

By_____
Lawrence E. Butler
Jonathan Braunstein
Attorneys for Plaintiffs
CHIPMOS TECHNOLOGIES INC.,
CHIPMOS TECHNOLOGIES (BERMUDA)
LTD. AND CHIPMOS U.S.A., INC.