**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking                                        General Court Number
Clerk                                                              415.522.2000

**August 15, 2008**

**CASE NUMBER:  CV 08-03827 JCS**
**CASE TITLE:  CHIPMOS TECHNOLOGIES INC-v-TESSERA INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/15/08

                                                            FOR THE EXECUTIVE COMMITTEE:

                                                            _____Richard W. Wieking_____
                                                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                    Entered in Computer 8/15/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA