GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316,
FBrown@gibsondunn.com
MICHAEL SMITH, SBN 235764,
MSmith@gibsondunn.com
ENRIQUE A. MONAGAS, SBN 239087,
EMonagas@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
TESSERA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIPMOS TECHNOLOGIES, INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD. AND CHIPMOS U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. | CASE NO. CV 08-03827 JCS <br><br> **STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE** |

WHEREAS Plaintiffs ChipMOS Technologies, Inc. ChipMOS Technologies (Bermuda) Ltd. and ChipMOS U.S.A., Inc. have filed the above-captioned case against Defendant Tessera, Inc. ("Tessera");

WHEREAS Plaintiffs and Tessera have agreed that Tessera shall have until September 12, 2008 to answer or otherwise respond to Plaintiffs' Complaint;

PURSUANT TO CIVIL LOCAL RULE 6-1(a), THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. Tessera shall have until Friday, September 12, 2008 to answer or otherwise respond to Plaintiffs' Complaint.

2. This Stipulation does not constitute a waiver by Tessera of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, or improper venue.

IT IS SO STIPULATED.

Dated: August 15, 2008                    GIBSON, DUNN & CRUTCHER LLP


                                          /s/
                                          Michael B. Smith

                                          *Counsel for Defendant Tessera, Inc.*


Dated: August 15, 2008                    SEYFARTH SHAW LLP


                                          /s/
                                          Lawrence E. Butler

                                          *Counsel for Plaintiffs ChipMOS Technologies, Inc. ChipMOS Technologies (Bermuda) Ltd. and ChipMOS U.S.A., Inc.*

100500881_1.DOC