SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043) lbutler@seyfarth.com
Aaron Belzer (SBN 238901) abelzer@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Alan L. Unikel aunikel@seyfarth.com, *pro hac vice*
Joseph R. Lanser jlanser@seyfarth.com, *pro hac vice*
Matthew A. Werber mwerber@seyfarth.com, *pro hac vice*
131 South Dearborn Street, Suite 2400
Chicago, Illinois  60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendants ChipMOS U.S.A., Inc.,
ChipMOS Technologies, Inc. and
ChipMOS Technologies (Bermuda) Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHIPMOS U.S.A., INC., CHIPMOS TECHNOLOGIES, INC. and CHIPMOS TECHNOLOGIES (BERMUDA) LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC.,<br><br>Defendant. | CASE NO.  4:08-cv-03827-CW<br><br>[PROPOSED] ORDER REGARDING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CHIPMOS U.S.A., INC., CHIPMOS TECHNOLOGIES, INC. and CHIPMOS TECHNOLOGIES (BERMUDA) LTD.'S CLAIMS<br><br>JUDGE:  HON. CLAUDIA WILKEN |

Pursuant to the *Joint Stipulation of Dismissal without Prejudice of ChipMOS U.S.A., Inc., ChipMOS Technologies, Inc. and ChipMOS Technologies (Bermuda) Ltd.'s Claims*,

IT IS HEREBY ORDERED:

All claims asserted by ChipMOS U.S.A., Inc., ChipMOS Technologies, Inc. and ChipMOS Technologies (Bermuda) Ltd. against Tessera in the *Complaint for Declaratory*

*Judgment of Non-Infringement, Invalidity and Unenforceability of U.S. Patent No. 5,663,106* (Case No. 4:08-cv-03827, Dkt. No. 1), are hereby dismissed, without prejudice.

The parties will each bear their own costs, expenses and legal fees.

IT IS SO ORDERED.

Dated this <u>6th</u> day of November 2012.

_____
Honorable Claudia Wilken
United States District Judge